# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERIC S. BUCK,

    *Plaintiff*

v.

DOC OFFICER JEREMY WILISON, U.S. MARSHAL'S, DOC TRACY ENGDHAL, LICION COUNTY, BENTON COUNITY, and WCC DOC,

    *Defendant*

Civil Action No.   2:14-CV-00164-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court's Order Dismissing Action entered on December 17, 2014, ECF No. 11, this action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Lonny R. Suko.

Date:   December 17, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*

Karen White